DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL BAYEHU CHEKOL, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:13-cv-01010-GMN-VCF |
| THE UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States moves for the admission of Jeffrey S. Robins to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Robins is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government. Mr. Robins is a member in good standing of the Bar of the State of New York, bar number 4355244.

. . .

Mr. Robins can be contacted/served at the following address:

Jeffrey S. Robins
Assistant Director
Office of Immigration Litigation
District Court Section
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
PH: (202) 616-1246
Fax: (202) 305-7000
Email: Jeffrey.Robins@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Mr. Robins to practice before this honorable Court.

Dated:  August 12, 2013.

    Respectfully submitted

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Carlos A. Gonzalez*
    CARLOS A. GONZALEZ
    Assistant United States Attorney

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED: 12/10/13**

2