XAVIER GONZALES, ESQ.
Nevada Bar No.:1862
528 S. Casino Center, Ste. 205
Las Vegas, Nevada 89101
(702) 388-8182
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BAYEHU CHEKOL<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Janet NAPOLITANO, in her Official Capacity, Secretary, Department of Homeland Security<br><br>Eric HOLDER, Jr., in his Official Capacity, Attorney General, Department of Justice,<br><br>Alejandro MAYORKAS, in his Official Capacity, Director of United States Citizenship and Immigration Services, Department of Homeland Security,<br><br>David ROARK, in his Official Capacity, Officer in Charge, Department of Homeland Security Mesquite, Texas Service Center (USCIS Local),<br><br>Defendants. | Case No. 2:13-cv-01010<br>INS No. A#077 340 0672<br><br>NON DETAINED |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF MANDAMUS WITHOUT PREJUDICE**

**AND ORDER**

///

///

///

///

1

COMES NOW, Petitioner, DANIEL BAYEHU CHEKOL, by and through counsel, XAVIER GONZALES, ESQ., and hereby files this Petitioner's Notice of Voluntary Dismissal of Petition for Writ of Mandamus Without Prejudice.

This Motion is based on the Points and Authorities attached hereto.

DATED this 16th day of March, 2015.

By: /s/Xavier Gonzales, Esq.
XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd., Ste. 215
Las Vegas, NV 89101
(702) 388-8182
*Attorney for Petitioner*

2

## POINTS AND AUTHORITIES

### I. BACKGROUND

The Petitioner, DANIEL BAYEHU CHEKOL, filed a Complaint for Relief in the Nature of Mandamus on June 6, 2013 in the United States District Court, District of Nevada requesting the Petitioner's I-485 Application to Adjust Status, which had been pending with USCIS since approximately 2005, be adjudicated by USCIS. On August 20, 2014, USCIS conducted an interview with Petitioner on the I-485. On December 8, 2014, USCIS adjudicated the I-485 Application to Adjust Status and issued a decision denying the Application.

### II. CONCLUSION

WHEREFORE, as a result of the adjudication of Petitioner's I-485 Application to Adjust Status, the instant Petition for Writ of Mandamus is moot and the Petitioner respectfully requests this court issue an order dismissing the instant petition, without prejudice.

DATED this 16th day of March, 2015.

By:  /s/Xavier Gonzales
XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
528 S. Casino Center Blvd., Ste. 205
Las Vegas, NV 89101
(702) 388-8182
*Attorney for Petitioner*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/30/2015**

3